■ DIOCESE OF ROCHESTER et al., Plaintiffs, v R-MONDE CONTRACTORS, INC., Respondent, et al., Defendants. (Action No. 1.) SAINT THEODORE'S CHURCH OF GATES et al., Respondents, v STARKS WURZER PATTERSON ROMEO, ARCHITECTS, P. C., Appellant, et al., Defendant. (Action No. 2.)—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Boehm, J. (Appeal from order of Supreme Court, Monroe County, Boehm, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ. *[See,* 148 Misc 2d 926.]